**Order entered March 31, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Appellate counsel filed an *Anders* brief in these cases and provided appellant copies of the record. By letter dated November 5, 2014, this Court notified appellant that his pro se response was due by January 5, 2015. On January 5, 2015, the Court granted appellant an extension until February 4, 2015 to file the pro se response and warned that if the response was not received by that date, the appeals would be submitted on the *Anders* brief alone. The Court now has before it appellant's March 18, 2015 pro se "motion requesting hearing on issue of lost transcript," in which appellant contends the record of a hearing that occurred between January 7, 2014 and January 27, 2014 is missing. To assist the Court in determining how to proceed, we ordered appellate counsel to file a response to the motion. Counsel filed a response stating that he reviewed the trial court's docket sheet, spoke with the trial court judge, and contacted the

court reporter, all of which confirmed no hearings were conducted in the time period appellant specified.

Accordingly, we **DENY** appellant's March 18, 2015 motion for a hearing, as well as his March 25, 2015 motions to take notice of the missing records and to compel production of the docket sheets.

Appellant was provided the record in September 2014 for purposes of filing a pro se response, and was granted extensions until February 4, 2015 to file the response, but did not do so. Accordingly, we **DENY** appellant's March 23, 2015 motion to reconsider our February 4, 2015 order denying him additional time to file his pro se response.

The appeals will be submitted in due course. We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Reginald Pink, TDCJ No. 1938997, McConnell Unit, 3001 South Emily Drive, Beeville, Texas 78102.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
       JUSTICE